Filing # 18796271 Electr~~onic~~ally Filed 09/29/2014 10:18:05 PM

|  |  |
|---|---|
| | IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT, IN AND FOR LEON COUNTY, FLORIDA |
| ASIA TYLER, | CASE NO.: 14-CA- 2574 |
| | FLA BAR NO.: 0739685 |
| Plaintiff, | |
| vs. | |
| MCDONALD'S RESTAURANTS OF FLORIDA, INC d/b/a MCDONALDS OF NEW APALACHEE, | |
| Defendant. | |
| _____/ | |

## COMPLAINT

Plaintiff, ASIA TYLER, hereby sues Defendant, MCDONALD'S RESTAURANTS OF FLORIDA, INC d/b/a MCDONALDS OF NEW APALACHEE, and alleges:

### NATURE OF THE ACTION

1. This is an action brought under Chapter 760, Florida Statutes, 42 U.S.C. §2000e et seq. and 42 U.S.C. §1981a.

2. This is an action involving claims which are, individually, in excess of Fifteen Thousand Dollars ($15,000.00), exclusive of costs and interest.

### THE PARTIES

3. At all times pertinent hereto, Plaintiff, ASIA TYLER has been a resident of the State of Florida and was employed by Defendant. Plaintiff is a member of a protected class due to her gender, female and the fact that she has been subjected to a hostile work environment.

4. At all times pertinent hereto, Defendant, MCDONALD'S RESTAURANTS OF FLORIDA, INC d/b/a MCDONALDS OF NEW APALACHEE, has been organized and existing

under the laws of the State of Florida. At all times pertinent to this action, Defendant has been an "employer" as that term is used under the applicable laws identified above.

## CONDITIONS PRECEDENT

5. Plaintiff has satisfied all conditions precedent to bringing this action in that Plaintiff filed a charge of discrimination with the Florida Commission on Human Relations and the EEOC. This action is timely brought thereafter.

## STATEMENT OF THE ULTIMATE FACTS

6. Plaintiff began her employment with Defendant in September 2011 and was employed as a Crew Trainer at the Defendant's store located at 2875 Apalachee Parkway, Tallahassee, FL.

7. Plaintiff along with other females had been and continue to be subjected to disparate treatment, a hostile work environment, and treated under differently with respect to their terms and conditions of employment, and held to a different standard than comparable male employees by male management.

8. The mistreatment came at the hands of Store Manager Derrick Morgan, a male and Shift Manager Craig Lightfoot, a male.

9. Plaintiff and other female co-workers are treated less favorably than male co-workers with regards to but not limited to verbal abuse by management, job duty assistance, reprimands and scheduling.

10. By way of example but not limited to after repeated requests by Plaintiff for assistance in her job duties, Shift Manager Lightfoot verbally abused Plaintiff by yelling out "you dumb ass bitch. What the fuck. You make me sick. You baby."

11.     Due to this verbal abuse and hostility, Plaintiff clocked out and went home for that day. Plaintiff reported this abuse, hostile work environment and disparate treatment to Store Manager Morgan, with no corrective action taken.

12.     On or around March 20, 2014, Plaintiff was constructively terminated because she could no longer tolerate the barrage of insults on a constant almost daily basis from Lightfoot. Any time she worked with him she was called a "bald head stupid bitch" or told that she was stupid. Lightfoot also commented on her appearance and her clothing. Other female employees were subjected to his tyranny as well, but the male employees were not.

13.     Plaintiff has retained the undersigned to represent her interests in this cause and is obligated to pay her a fee for her services. Defendant should be made to pay said fee under §760.11, Florida Statutes, 42 U.S.C. §1981a and 42 U.S.C. §2000e et seq..

## COUNT I
## GENDER DISCRIMINATION- HOSTILE WORK ENVIRONMENT

14.     Paragraphs 1-13 are re-alleged and incorporated herein by reference.

15.     This is an action against Defendant for hostile work environment gender based discrimination.

16.     Defendant has taken action and allowed action to be taken against Plaintiff because she is female. During Plaintiff's employment with Defendant, she was the victim of a hostile work environment with no action taken by Defendant to prevent or otherwise correct a known problem with Lightfoot. Repeated and frequent comments to Plaintiff and other females were made that were unwelcome, were based on sex/gender and adversely affected Plaintiff's ability to perform her duties with Defendant. Then after notice of the hostile work environment and other forms of discrimination described more fully herein, Defendant delayed in taking

3

action which caused additional harassment and harm to Plaintiff including without limitation her constructive termination.

17. Defendant knew or should have known of the sex/gender based discrimination perpetuated against Plaintiff and failed to take prompt and adequate remedial action or took no action at all to prevent the abuses to Plaintiff. The events set forth herein led, at least in part, to Plaintiff's constructive termination.

18. Defendant knowingly condoned and ratified the discrimination set forth above. The discrimination complained of herein affected a term, condition, or privilege of Plaintiff's continued employment with Defendant.

19. Defendant's conduct and omissions constitute intentional discrimination and unlawful employment practices based upon gender/sex in violation of the state and federal laws applicable to this action.

20. As a direct and proximate result of Defendant's conduct described above, Plaintiff has suffered emotional distress, mental pain and suffering, past and future pecuniary losses, inconvenience, mental anguish, loss of enjoyment of life and other non-pecuniary losses, along with lost back and front pay, interest on pay, bonuses, and other tangible and intangible damages. These damages have occurred in the past, are permanent and continuing. Plaintiff is entitled to injunctive/equitable relief and to punitive damages.

## COUNT II
## GENDER DISCRIMINATION- DISPARATE TREATMENT

21. Paragraphs 1-13 are re-alleged and incorporated herein by reference.

22. This is an action against Defendant for gender discrimination based on disparate treatment.

23. Defendant has taken action and allowed action to be taken against Plaintiff because she is female. During Plaintiff's employment with Defendant, she was the victim of a disparate treatment with no action taken by Defendant to prevent or otherwise correct a known problem with Lightfoot. Specifically, Plaintiff and other female employees had actions taken against them and they were treated differently than male employees with respect to the terms and conditions of their employment which resulted in Plaintiff's constructive termination.

24. Defendant knew or should have known of the sex/gender based discrimination perpetuated against Plaintiff and failed to take prompt and adequate remedial action or took no action at all to prevent the abuses to Plaintiff. The events set forth herein led, at least in part, to Plaintiff's constructive termination.

25. Defendant knowingly condoned and ratified the discrimination set forth above. The discrimination complained of herein affected a term, condition, or privilege of Plaintiff's continued employment with Defendant.

26. Defendant's conduct and omissions constitute intentional discrimination and unlawful employment practices based upon gender/sex in violation of the state and federal laws applicable to this action.

27. As a direct and proximate result of Defendant's conduct described above, Plaintiff has suffered emotional distress, mental pain and suffering, past and future pecuniary losses, inconvenience, mental anguish, loss of enjoyment of life and other non-pecuniary losses, along with lost back and front pay, interest on pay, bonuses, and other tangible and intangible damages. These damages have occurred in the past, are permanent and continuing. Plaintiff is entitled to injunctive/equitable relief and to punitive damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

    (a)    that process issue and this Court take jurisdiction over this case;

    (b)    that this Court grant equitable relief against Defendant under the applicable counts set forth above, mandating Defendant's obedience to the laws enumerated herein and providing other equitable relief to Plaintiff;

    (c)    enter judgment against Defendant and for Plaintiff awarding damages to Plaintiff from Defendant for Defendant's violations of law enumerated herein;

    (d)    enter judgment against Defendant and for Plaintiff permanently enjoining Defendant from future violations of federal law enumerated herein;

    (e)    enter judgment against Defendant and for Plaintiff awarding Plaintiff attorney's fees and costs; and

    (f)    grant such other further relief as being just and proper under the circumstances.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury on all issues set forth herein which are so triable.

DATED this 29th day of September 2014.